[No. 69387-5-I.  Division One.  March 10, 2014.]

*In the Matter of the Personal Restraint of* THOMAS J. PAULSON, *Petitioner.*

Petition for relief from personal restraint. *Granted* and *remanded with instructions* by unpublished per curiam opinion.

[No. 69400-6-I.  Division One.  March 10, 2014.]

GAIL K. DIAMOND, *Respondent*, v. JONATHAN RICHMOND, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 11-2-23782-6, Patrick H. Oishi, J., entered September 14, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Schindler, J.

[No. 69403-1-I.  Division One.  March 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS J. WENGER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-01758-6, Ellen J. Fair, J., entered September 24, 2012. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, C.J., and Grosse, J.

[No. 69446-4-I.  Division One.  March 10, 2014.]

*In the Matter of the Parentage of* E.S.S. ET AL.

SIMON BRUCE SOTHERON, *Appellant*, v. MEAGAN ANASTASIA PALMER, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 10-3-05763-7, Jean A. Rietschel, J., entered August 21, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Spearman, A.C.J., and Verellen, J.